# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**SAMANTHA BAILEY,**

    **Plaintiff,**

**v.**                 **CASE NO.  3:21-cv-3942-MCR-HTC**

**PRIMETIME PHYSICAL THERAPY, INC.,**

    **Defendant.**

_____/

## MEDIATION REPORT

The parties to the above-styled cause submitted their issues to mediation on September 30, 2022. The parties have resolved all issues.

    /s/ Jason B. Onacki
    Jason B. Onacki
    Mediator
    Florida Bar No.: 698016
    Certified Circuit Civil Mediator No. 37550R
    O'Steen & O'Steen, P.L.
    2900 East Park Ave.
    Tallahassee, FL 32301
    Onacki@OsteenOsteen.com
    Tel: (850) 877-1028

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 6, 2022, I filed and served the foregoing using the CM/ECF.

    /s/ Jason B. Onacki
    Jason B. Onacki
    Mediator